# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT
# LAREDO DIVISION

| | | |
|---|---|---|
| **DANIEL ESQUIVEL**<br>　　　　**Plaintiff,**<br><br>vs.<br><br>**TRANSPORTES DE CARGA FEMA SA DE CV AND OBED JOAS BORREGO QUIROZ**<br>　　　　**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 5:25-cv-26** |

## DEFENDANT'S NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Defendant Transportes de Carga FEMA SA de CV and files this Notice of Removal pursuant to 28 U.S.C. §1332(a), on the basis of diversity jurisdiction. In support thereof, Defendant would respectfully show this Honorable Court the following:

## I.
## Brief Statement of Facts

A.   On March 1, 2024, this cause of action was commenced by Plaintiff Daniel Esquivel against Defendants Transportes De Carga Fema SA De CV and Obed Joas Borrego Quiroz. The suit was commenced in the 406th Judicial District Court of Webb County, Texas. A copy of Plaintiff's Original Petition is attached hereto as Exhibit A and incorporated herein by reference.

B.   Plaintiff files suit against Defendants, alleging causes of action for negligence and negligent entrustment arising from a motor vehicle collision. *See* Exhibit A. A demand for a jury was made by Plaintiff in his Original Petition.

C.   On or about February 7, 2025, Defendant Transportes de Carga FEMA SA de CV was duly served with and received notice of Plaintiff's Original Petition. Thus, this Notice of

Removal is timely filed on today's date as it is within the thirty-day time period mandated by 28 U.S.C. 1446(b).

D. Defendant Obed Joas Borrego Quiroz is a Mexican citizen, and his primary residence is in Tamaulipas, Mexico. *See* Exhibit B. Defendant Transportes de Carga FEMA SA de CV is a Mexican corporation and its principle place of business is in Nuevo Laredo, Tamaulipas, Mexico. Upon information and belief, Plaintiff is a citizen of Texas.

## II.
## Arguments and Authorities

A. The judicial power of the United States extends to controversies between citizens of different states. Art. 3, §2, United States Constitution. Federal district courts have jurisdiction over all civil actions between citizens of different states and countries, so long as the amount in controversy exceeds $75,000, excluding interest and costs. 28 U.S.C. § 1332(a). Defendant Obed Joas Borrego Quiroz is a Mexico citizen and resident of Mexico. Defendant Transportes de Carga FEMA SA de CV is a Mexican corporation and its principle place of business is in Mexico, Plaintiff is a resident and citizen of Texas. In Plaintiff's Original Petition, Plaintiff asserts an amount in controversy generally within the jurisdiction of this Court. *See* Exhibit A, Paragraph 3.3 "amount in controversy far exceeds and minimal jurisdiction limits of the Court, and the $75,000 minimum". As such, there is diversity of citizenship.

B. By reason of the aforementioned premises, Defendant desires and is entitled to have this cause removed from the 406th Judicial District Court of Webb County, Texas, to the United States District Court for the Southern District of Texas, Laredo Division, such being the District where said suit is pending.

C. Written notice of the filing of this Notice of Removal will be given to Plaintiffs, by and through their counsel of record as required by law.

D.   A true and correct copy of this Notice of Removal will be filed with the Clerk of the 406th Judicial District Court of Webb County, Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant Transportes de Carga FEMA SA de CV prays that this action be removed to this Honorable Court and that this Honorable Court accept jurisdiction of this action and henceforth that this action be placed on the docket of this Honorable Court for further proceedings, the same as though this action had originally been instituted in this Honorable Court.

Respectfully submitted,

FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas  787
(512)  476-5300
(Fax)  476-5771

By: /s/ Joanna Lippman Salinas
Joanna Lippman Salinas
State Bar No. 00791122
Southern ID No. 38075
joanna.salinas@fletcherfarley.com

Attorneys for Defendant,
*Transportes de Carga FEMA S.A. de C.V.*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing **Defendant's Notice of Removal** has been provided to the offices of:

Gregory L. Gowan
John D. Schroeder
**GOWAN LAW GROUP, P.C.**
555 N. Carancahua, Ste 1400
Corpus Christi, Texas 78401

by electronic service, in accordance with the Federal Rules of Civil Procedure, on March 5, 2025.

/s/ Joanna Lippman Salinas
Joanna Lippman Salinas
